# Campbell *v.* Gregg.

[ APRIL 29, 1848. ]

If bail in error be not perfected within ten days after exception, the writ of error may be *non prossed.*

RULE to show cause why *non pros.* should not be taken off. The writ of error had been *non prossed* on the 19th of April, 1848. It appeared, that exception to the bail in error had been filed on the first of April, and notice given to justify within ten days, under the rule of court; (which directs the prothonotary, in default of justification, to *non pros.* the writ of error;) on the 12th of April, one of the bail justified, without notice to the other party.

The court, on the authority of *Taggart* v. *Cooper,* 3 Binn. 34, discharged the rule, and refused to take off the *non pros.*